UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROBERT RODRIGUEZ, et al., :
:
                Plaintiffs, :
:
       -v- : 17-CV-4344 (JMF)
:
BEN CARSON, in his official capacity as Secretary of : <u>FINAL JUDGMENT AND</u>
Housing and Urban Development, et al., : <u>PERMANENT INJUNCTION</u>
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Opinion and Order dated March 29, 2019, ECF No. 105, its Memorandum Opinion and Order dated July 22, 2019, ECF No. 122, its Memorandum Opinion and Order dated August 14, 2019, ECF No. 126, and Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED, and DECREED that Defendants, including Ben Carson in his official capacity as Secretary of Housing and Urban Development and any successor to that office, together with his agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing, *see* Fed. R. Civ. P. 65(d)(2), are ENJOINED to remit $7200 to Plaintiff Robert Rodriguez and $8798 to Plaintiff Jovanny Pichardo within **30 days** of the date of this Order.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: August 14, 2019
       New York, New York
                                                JESSE M. FURMAN
                                          United States District Judge